**21SL-CC06621**

Electronically Filed - St Louis County - December 16, 2021 - 07:51 PM

IN THE CIRCUIT COURT OF THE COUNTY OF SAINT LOUIS
STATE OF MISSOURI

| | |
|---|---|
| RICHARD G. WILSON, Individually ) <br> AND d/b/a ) <br> WILCORP COUNSULTANTS, LLC ) <br> ) <br> ) Cause No.: <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> THE CITY OF BELLEFONTAINE NEIGHBORS ) <br> EX REL ) <br> BELLEFONTAIN POLICE DEPARTMENT ) <br> **Serve at:** ) <br> Mayor, Tommie Pierson ) <br> 9641 Bellefontaine Rd. ) <br> Bellefontaine, Missouri 63137 ) <br> ) <br> AND ) <br> ) <br> BRIAN ANTHONY RAYFORD, ) <br> In his official capacity, and Individually, ) <br> **Serve at:** ) <br> 2435 IndianCup Dr. ) <br> Florissant, Missouri 63033-1748 ) <br> ) <br> AND ) <br> ) JURY TRIAL DEMANDED <br> JOHN W. LAUMEIR, ) <br> In his official capacity, and Individually, ) <br> **Serve at:** ) <br> 3159 Ohare Dr. ) <br> St. Ann, Missouri 63074 ) <br> ) <br> Defendants. ) | |

PETITION FOR INTENTIONAL VIOLATIONS AND DEPRIVATIONS OF CIVIL RIGHTS,
PRIVILEGES AND IMMUNITIES SECURED BY THE CONSTITUTION AND FEDERAL
LAWS UNDER 42 U.S.C. SECTION 1983

Electronically Filed - St Louis County - December 16, 2021 - 07:51 PM

COMES NOW, Richard G Wilson, by and through his undersigned counsel, Herman L. Jimerson and for his cause of action, states as follows:

FACTUAL ALLEGATIONS COMMON TO ALL COUNTS:

1.  That Richard G. Wilson, herein Plaintiff is a resident of St. Louis County, State of Missouri.

2.  That Defendant City of Bellefontaine Neighbors is an incorporated city and municipality that retains the City of Bellefontaine Neighbors Police Department in the State of Missouri.

3.  That Brian Anthony Rayford is an individual residing in St. Louis County and at the times alleged herein was employed by the City of Bellefontaine Police Department as an officer.

4.  That John W. Laumeier is an individual residing in St. Louis County and at the times alleged herein was employed by the City of Bellefontaine Police Department as a police sergeant.

5.  That at all times all the defendants were acting in their official capacity under the color of law.

6.  That this action is brought for damages and appropriate relief under 42 USC Section 1983 for violation s of Plaintiff Civil rights under color of state law

7.  That this court has jurisdiction pursuant to 42 USC Section 1983 and well as through counts individually alleged against defendants.

8.  That Plaintiff is a state licensed private investigator and owner/CEO of Wilcorp Consultants, LLC a Missouri and privately owned Limited Liability Company.

Electronically Filed - St Louis County - December 16, 2021 - 07:51 PM

9.      That Plaintiff, on April 20, 2020, was operating within the course of his business attempting to effectuate service on one Ms. April Crockett located at 1215 Rapid Drive, Bellefontaine, Missouri 63137.

10.     That Ms. Crockett on prior occasion had evaded services, however diligent investigation revealed a location of her vehicle.

11.     That Plaintiff at all times displayed proper identification of his credentials and in fact recognize Ms. Crockett concealing herself behind a one Jacqueline Crockett, believed to be her mother.

12.     That the mother lied and said that Ms. April Crockett was not at the location despite her obvious presence. She then called the police.

13.     That the Plaintiff utilized a procedural tactic and waited until the police arrived for assistance in serving the summons.

14.     That Plaintiff retreated to a considerable distance from the residence while awaiting the arrival of the Bellefontaine's police department. Upon the police arrival two women emerged from the residence, one being Ms. April Crockett.

15.     That Plaintiff then approached the officer, Officer Brian Anthony Rayford and informed him of the situation.

16.     That the second female retreated to the residence after Officer Rayford arrived.

17.     That Officer Rayford told Plaintiff that he searched the house and found no one inside, which was a lie because the second female had retreated inside.

18.     That Plaintiff after being told by Office Rayford that no one was inside said he was leaving.

Electronically Filed - St Louis County - December 16, 2021 - 07:51 PM

19.     That while leaving Officer Rayford told Plaintiff to stop because he "needed to verify that [Plaintiff] was a process server."

20.     That Plaintiff immediately produce the visible identifications around his neck and the court issued subpoena as well as other documents showing he was licensed by the State of Missouri.

21.     That after reading the identification cards, license, and court ordered summons, Officer Rayford told the Plaintiff "I don't care a fuck" and forcibly detaining Plaintiff against his will.

22.     That Police Officer Rayford then excessively used force in handcuffing the Plaintiff causing injury to his wrist as well as other injuries to be detailed later including assault.

23.     That Police Officer Rayford articulated that he had no other reason to detain Plaintiff, no probable cause to hold him other than he wanted to confirm he was in fact a process server.

24.     That Rayford after looking at the credentials given to him by Plaintiff then wanted to see his driving license.

25.     That there is no valid reason to look at a driver's license to determine a person licensure in the state of Missouri for licensed investigator. This was done as further harassment without probable cause.

## COUNT I:
## INTENTIONAL DEPRIVATIONS OF CIVIL RIGHTS UNDER 42 USC SECTION 1983

COMES NOW, Richard G Wilson, by and through his undersigned counsel, Herman L. Jimerson and restates and re-alleges paragraphs 1 – 25 herein.

Electronically Filed - St Louis County - December 16, 2021 - 07:51 PM

26.     That Plaintiff incorporates all paragraph by above by reference.

27.     That on or about April 20, 2020, the Plaintiff was detained, placed tightly handcuffed in a small tight space with the patrol car of the Defendant.

28.     That police sergeant John W. Laumeier arrived on the scene and witness Plaintiff hands being bruised and bleeding from the excessive force and treatment of Officer Rayford.

29.     That Plaintiff requested medical attention due to his injuries but were ignored by both Rayford and Laumeier. No other medical treatment was offered.

30.     That Plaintiff was not advised of any rights or charges but instead transported by the Defendants. to the City of Bellefontaine Police Department.

31.     That at the station Laumeier said something to Rayford who then immediately and forcefully grabbed Plaintiff placing him back in handcuffs because he asked for medical attention.

32.     That Plaintiff was told that there was no reason to hold him or to issue charges yet was detained for hours in a holding cell within the station.

33.     That Defendants issued a charge against Plaintiff for "Failing to Comply." This charge was without merit issued as a reason to explain the wrongful arrest and excessive force used against Plaintiff.

34.     That said charge was dismissed by the Court in St. Louis County.

35.     That as a result of Defendants violations of Plaintiff's rights he has suffered damages but not limited to his body, serious emotional distress, inability to sleep due to trauma, loss of ability to provide comfort and society to wife; inability to interact and engage with police officers during the normal course of business; loss of income

Electronically Filed - St Louis County - December 16, 2021 - 07:51 PM

WHEREFORE, Plaintiff prays for judgment against the defendants in an amount greater than $25, 000, punitive damages greater than $25,000, attorney fees, costs in this matter, and whatever the Court deems just and necessary under the premises.

## COUNT II:
## INTETIONAL INFLICTION OF EMOTIONAL DISTRESS:

COMES NOW, Richard G Wilson, by and through his undersigned counsel, Herman L. Jimerson and restates and re-alleges paragraphs 1 –35 fully det out herein.

36.     That defendants described above in conduct described above recklessly or with the intent of causing the Plaintiff severe emotional distress.

37.     That the conduct of the police officers Rayford and Laumeier was extreme and outrageous

38.     That the Plaintiff incurred severe emotional distress because of the conduct.

39.     That Plaintiff has incurred medical treatment and expected to incur additional treatment because of the extreme and outrageous conduct.

**WHEREFORE,** Plaintiff prays for judgment for damages against the defendants for past, present, and future medical expenses, pain and suffering, lost income, impairment of earning capacity, loss of enjoyment of life, in an amount greater than $25,000, punitive damages and relief as the Court deems just and necessary under the circumstances.

## COUNT III:
## FALSE IMPRISONMENT

COMES NOW, Richard G Wilson, by and through his undersigned counsel, Herman L. Jimerson and restates and re-alleges paragraphs 1 –39 fully set out herein.

Electronically Filed - St Louis County - December 16, 2021 - 07:51 PM

40.    That on April 20, 2020, the defendants did cause the wrongful arrest of the Plaintiff.

41.    That Plaintiff was excessively restrained by handcuffs, causing serious injury, placed in a very tight space within a car for an excessive amount of time, wrongfully arrested and placed in a jail cell for an unreasonable amount of time.

42.    That Plaintiff was not free to leave despite being told that no charges were being issued.

43.    That Plaintiff was denied medical attention caused by injuries received by Officer Rayford.

44.    That Plaintiff suffered and continues to suffer embarrassment, disgrace and humiliation.

45.    That Plaintiff continues to suffer injuries to his feelings and reputation and mental suffering.

46.    That Plaintiff has been damaged and seeks compensation and punitive damages.

47.    That the motive of the defendants was in fact evil in that Officer Rayford told Plaintiff that he "Don't care a fuck" which totally disregards his duty as an officer as well as Sergeant Laumeier knowing there was no legitimate criminal charge that could be issued against Plaintiff.

48.    That the defendants witness Plaintiff injuries and held him, wrongfully charged him, in an effort to evade civil and criminal liabilities.

49.    That the defendants totally abdicated their responsibilities as police officers and wrongfully imprisoned he Plaintiff.

Electronically Filed - St Louis County - December 16, 2021 - 07:51 PM

WHEREFORE, Plaintiff prays for judgment for damages against Defendants for past, present, and future medical expenses, pain and suffering, lost income, impairment of earning capacity, loss of enjoyment of life, in an amount greater than $25,000, punitive damages and relief as the Court deems just and necessary under the circumstances.

Respectfully submitted,
Jimerson Law Firm P.C.

Herman L. Jimerson, #33824
225 South Meramec, Suite 508
Clayton, Missouri 63105
PHONE:  (314) 862-0069
FAX:  (314) 529-3440
herman@jimersonlawfirm.com

Attorney for Plaintiff

STATE OF MISSOURI ) 
) SS
ST. LOUIS COUNTY )

## AFFIDAVIT

Comes now Richard G. Wilson, being first duly sworn according to law, and states that he has read the foregoing and states that the facts contained therein are true and correct according to his best knowledge, information and belief.

Richard G. Wilson

Subscribed and sworn to before me this 16th day of December, 2021

Notary Public

My commission expires:

DENNIS J. CURLAND
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JANUARY 26, 2024
ST. LOUIS COUNTY
COMMISSION #11493692

**21SL-CC06621**

Electronically Filed - St Louis County - December 16, 2021 - 07:51 PM

**In the**

# CIRCUIT COURT

## Of St. Louis County, Missouri

Richard G. Wilson
Plaintiff/Petitioner

vs.

The City of Bellefontaine Neighbors, et al.
Defendant/Respondent

December 16, 2021
Date

_____
Case Number

_____
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiff , pursuant

Requesting Party

to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

Jeff Aronson, Aronson Process Service, LLC, PO Box 142387 St. Louis MO 63114     314-498-9514
Name of Process Server          Address                              Telephone

William Stage    PO Box 4932 St. Louis MO 63108        314-420-2226
Name of Process Server          Address or in the Alternative        Telephone

_____
Name of Process Server          Address or in the Alternative        Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties.  This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
The City of Bellefontaine Neighbors, Mayor Tommie Person
Name
9641 Bellefontaine Rd
Address
Bellefontaine MO 63137
City/State/Zip

SERVE:
Brian Anthony Rayford
Name
2435 Indiancup Dr
Address
Florissant MO 63033
City/State/Zip

SERVE:
John W. Laumeir
Name
3159 Ohare Dr.
Address
St. Ann MO 63074
City/State/Zip

SERVE:

Name

Address

City/State/Zip

Appointed as requested:

**JOAN M. GILMER,** Circuit Clerk

By _____
Deputy Clerk

_____
Date

/s/Herman L. Jimerson
Signature of Attorney/Plaintiff/Petitioner
33824
Bar No.
225 S Meramec Ave, Ste 508 Clayton MO 63105
Address
(314) 862-0069
Phone No.                    Fax No.

CCADM62-WS    Rev. 07/19

Electronically Filed - St Louis County - December 16, 2021 - 07:51 PM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)    Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)    The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)    Appointments may list more than one server as alternates.

(B)    The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)    Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)    No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)    Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://wp.stlcountycourts.com > forms.

(F)    This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

CCADM62-WS      Rev. 07/19

**21SL-CC06621**

Electronically Filed - St Louis County - December 16, 2021 - 07:51 PM

**In the**

# CIRCUIT COURT
## Of St. Louis County, Missouri

___December 16, 2021___
Date

Richard G. Wilson
Plaintiff/Petitioner

_____
Case Number

vs.

The City of Bellefontaine Neighbors, et al.
Defendant/Respondent

_____
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now __Plaintiff_____, pursuant
              Requesting Party

to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

Jeff Aronson, Aronson Process Service, LLC, PO Box 142387 St. Louis MO 63114    314-498-9514
Name of Process Server          Address          Telephone

William Stage    PO Box 4932 St. Louis MO 63108        314-420-2226
Name of Process Server      Address or in the Alternative      Telephone

Name of Process Server      Address or in the Alternative      Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties. This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:
The City of Bellefontaine Neighbors, Mayor Tommie Person
Name
9641 Bellefontaine Rd
Address
Bellefontaine MO 63137
City/State/Zip

SERVE:
John W. Laumeir
Name
3159 Ohare Dr.
Address
St. Ann MO 63074
City/State/Zip

SERVE:
Brian Anthony Rayford
Name
2435 Indiancup Dr
Address
Florissant MO 63033
City/State/Zip

SERVE:

Name

Address

City/State/Zip

Appointed as requested:

**JOAN M. GILMER,** Circuit Clerk

By_**/s/Adam Dockery**_____
Deputy Clerk
12/29/2021
Date

_/s/Herman L. Jimerson_____
Signature of Attorney/Plaintiff/Petitioner
33824
Bar No.
225 S Meramec Ave, Ste 508 Clayton MO 63105
Address
(314) 862-0069
Phone No.          Fax No.

Electronically Filed - St Louis County - December 16, 2021 - 07:51 PM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)    Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)    The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)    Appointments may list more than one server as alternates.

(B)    The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)    Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)    No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)    Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://wp.stlcountycourts.com > forms.

(F)    This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

CCADM62-WS      Rev. 07/19

Electronically Filed - St Louis County - January 04, 2022 - 06:46 PM



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>DEAN PAUL WALDEMER | Case Number:  21SL-CC06621 |
|---|---|
| Plaintiff/Petitioner:<br>RICHARD G. WILSON<br>DBA:  WILCORP COUNSULTANTS LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>HERMAN L. JIMERSON<br>225 SOUTH MERAMEC<br>SUITE 508<br>ST. LOUIS, MO  63105 |
| Defendant/Respondent:<br>THE CITY OF BELLEFONTAINE NEIGHBORS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING |
| Nature of Suit:<br>CC Other Tort | 105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105          (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  **BRIAN ANTHONY RAYFORD**
                                              Alias:

**2435 INDIANCUP DR.**
**FLORISSANT, MO  63033**



***COURT SEAL OF***

***ST. LOUIS COUNTY***

    You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
    **SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>29-DEC-2021</u>
Date

Further Information:
AD

_____
Clerk

## Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☑ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
LATONYA RAYFORD (WIFE)                    a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name). _____ (title).

☐ other

Served at 2435 INDIANCUP DR., FLORISSANT, MISSOURI 63033                    (address)

in ST. LOUIS (County/City of St. Louis), MO, on 12/30/2021 (date) at 10:53 A.M. (time).

JEFFREY R. ARONSON
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on December 30 2021 (date).
My commission expires: Aug 5 2024
                                  Date                    Notary Public

JORDAN AU CROWN
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis City
My Commission Expires: Aug. 5, 2024
Commission # 20722560

Electronically Filed - St Louis County - January 04, 2022 - 06:46 PM



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>DEAN PAUL WALDEMER | Case Number: 21SL-CC06621 |
|---|---|
| Plaintiff/Petitioner:<br>RICHARD G. WILSON<br>DBA: WILCORP COUNSULTANTS LLC | Plaintiff's/Petitioner's Attorney/Address<br>HERMAN L. JIMERSON<br>225 SOUTH MERAMEC<br>SUITE 508<br>ST. LOUIS, MO 63105 |
| vs. | |
| Defendant/Respondent:<br>THE CITY OF BELLEFONTAINE NEIGHBORS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Other Tort | |
| | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: JOHN W. LAUMEIR

Alias:

**3159 OHARE DR.**
**ST. ANN, MO 63074**



COURT SEAL OF

ST. LOUIS COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

**29-DEC-2021**
Date

Further Information:
AD

_____ Clerk

---

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☑ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at 9641 BELLEFONTAINE RD., BELLEFONTAINE NEIGHBORS, MISSOURI 63137 _____ (address)

in ST. LOUIS (County/City of St. Louis), MO, on 12/31/2021 (date) at 9:26 A.M. (time).

JEFFREY R. ARONSON _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on December 31, 2021 (date).

My commission expires: Aug 5 2024 _____
                        Date          Notary Public

JORDAN A. CROWN
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis City
My Commission Expires: Aug. 5, 2024
Commission # 20722550

Electronically Filed - St Louis County - January 04, 2022 - 06:46 PM



## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DEAN PAUL WALDEMER | Case Number: 21SL-CC06621 |
| Plaintiff's/Petitioner:<br>RICHARD G. WILSON<br>DBA:  WILCORP COUNSULTANTS LLC<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>HERMAN L. JIMERSON<br>225 SOUTH MERAMEC<br>SUITE 508<br>ST. LOUIS, MO  63105 |
| Defendant/Respondent:<br>THE CITY OF BELLEFONTAINE NEIGHBORS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Other Tort | |

<div align="right">(Date File Stamp)</div>

### Summons in Civil Case

The State of Missouri to:  **THE CITY OF BELLEFONTAINE NEIGHBORS**
Alias:

**9641 BELLEFONTAINE RD.
BELLEFONTAINE, MO  63137**



**COURT SEAL OF**

**ST. LOUIS COUNTY**

   You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
   SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>29-DEC-2021</u>
Date

Further Information:
AD

<div align="right">Clerk</div>

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person at least 18 years of age residing therein.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
TOMMIE PIERSON, SR. (name) MAYOR OF BELLEFONTAINE NEIGHBORS (title).
☐ other _____.
Served at 9641 BELLEFONTAINE RD. BELLEFONTAINE NEIGHBORS MISSOURI 63137 (address)
in ST. LOUIS (County/City of St. Louis), MO, on 12/30/2021 (date) at 11:19 A.M. (time).
JEFFREY B. ARONSON
Printed Name of Sheriff or Server        Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on December 30 2021 (date).
My commission expires: Aug 5 2024
      Date           Notary Public

JORDAN A CROWN
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis City
My Commission Expires: Aug. 5, 2024
Commission # 20722550

OSCA (7-99) SM30  (SMCC) *For Court Use Only*: **Document ID# 21-SMCC-12009**  1  (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
                                  54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>DEAN PAUL WALDEMER | Case Number:  21SL-CC06621 |
|---|---|
| Plaintiff/Petitioner:<br>RICHARD G. WILSON<br>DBA:   WILCORP COUNSULTANTS LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>HERMAN L. JIMERSON<br>225 SOUTH MERAMEC<br>SUITE 508<br>ST. LOUIS, MO  63105 |
| Defendant/Respondent:<br> THE CITY OF BELLEFONTAINE NEIGHBORS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Other Tort | (Date File Stamp) |

## Summons in Civil Case

| The State of Missouri to: | THE CITY OF BELLEFONTAINE NEIGHBORS |
|---|---|
| | Alias: |

**9641 BELLEFONTAINE RD**
**BELLEFONTAINE, MO  63137**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

　　　　You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
　　　　**SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>29-DEC-2021</u>
**Date**

_____
                                                                  Clerk

**Further Information:**
**AD**

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with

_____a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
        Printed Name of Sheriff or Server                                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*          Subscribed and sworn to before me on _____ (date).

　　　　　　　My commission expires: _____          _____
　　　　　　　　　　　　　　　　　　　　　　　　　Date                                         Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | **$_____** | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# County Satellite Court Now Open in St. Ann
**Hours: Mon-Fri  8:30 a.m. to 5:00 p.m.   FREE PARKING**

For the convenience of North County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center Northwest at the 715 Northwest Plaza Drive in St. Ann.

**Attending Court Hearings Remotely using E-Courts**

If you are scheduled to appear in court, you can access the courtroom remotely using the public computer stations (E-courts) in St. Ann and Clayton. These are available for use when courtroom access is restricted due to the pandemic.

**Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton E-court at this time.

**Be sure to bring your paperwork with you; you will need your case number, as well as the date, time and number of the Division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**

If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**

Starting March 1, you may file for an Order of Protection at the Adult Abuse office in the St. Ann satellite court, in addition to the Clayton courthouse.  Clerks will be available on-site to help you fill out and file the necessary paperwork.

**For more information call: 314-615-8029**





# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>DEAN PAUL WALDEMER | Case Number:  21SL-CC06621 |
|---|---|
| Plaintiff/Petitioner:<br>RICHARD G. WILSON<br>DBA:   WILCORP COUNSULTANTS LLC<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>HERMAN L. JIMERSON<br>225 SOUTH MERAMEC<br>SUITE 508<br>ST. LOUIS, MO  63105 |
| Defendant/Respondent:<br> THE CITY OF BELLEFONTAINE NEIGHBORS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Other Tort | <div align="right">(Date File Stamp)</div> |

## Summons in Civil Case

**The State of Missouri to:  BRIAN ANTHONY RAYFORD**
                               Alias:

**2435 INDIANCUP DR.**
**FLORISSANT, MO  63033**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
        **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>29-DEC-2021</u>                                               _____
**Date**                                                                                    | **Clerk**

**Further Information:**
**AD**

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with

_____a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
       Printed Name of Sheriff or Server                                        Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*          Subscribed and sworn to before me on _____ (date).

                  My commission expires: _____          _____
                                                          Date                                              Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) <u>Early Neutral Evaluation ("ENE"):</u>** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) <u>Mini-Trial:</u>** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) <u>Summary Jury Trial:</u>** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# County Satellite Court Now Open in St. Ann
## Hours: Mon-Fri  8:30 a.m. to 5:00 p.m.   FREE PARKING

For the convenience of North County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center Northwest at the 715 Northwest Plaza Drive in St. Ann.

**Attending Court Hearings Remotely using E-Courts**

If you are scheduled to appear in court, you can access the courtroom remotely using the public computer stations (E-courts) in St. Ann and Clayton. These are available for use when courtroom access is restricted due to the pandemic.

**Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton E-court at this time.

**Be sure to bring your paperwork with you; you will need your case number, as well as the date, time and number of the Division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**

If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**

Starting March 1, you may file for an Order of Protection at the Adult Abuse office in the St. Ann satellite court, in addition to the Clayton courthouse.  Clerks will be available on-site to help you fill out and file the necessary paperwork.

### For more information call: 314-615-8029





# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>DEAN PAUL WALDEMER | Case Number:  21SL-CC06621 |
|---|---|
| Plaintiff/Petitioner:<br>RICHARD G. WILSON<br>DBA:   WILCORP COUNSULTANTS LLC<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>HERMAN L. JIMERSON<br>225 SOUTH MERAMEC<br>SUITE 508<br>ST. LOUIS, MO  63105 |
| Defendant/Respondent:<br> THE CITY OF BELLEFONTAINE NEIGHBORS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Other Tort | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** JOHN W. LAUMEIR
<div align="center">Alias:</div>

**3159 OHARE DR.**
**ST. ANN, MO  63074**

***COURT SEAL OF***



***ST. LOUIS COUNTY***

      **You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**
      **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>**29-DEC-2021**</u>
**Date**

_____  **Clerk**

**Further Information:**
**AD**

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with

_____a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
    Printed Name of Sheriff or Server                             Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*       Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                 Date                                Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | **$_____** | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

(3) <u>**Early Neutral Evaluation ("ENE"):**</u> A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

(4) <u>**Mini-Trial:**</u> A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

(5) <u>**Summary Jury Trial:**</u> A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# County Satellite Court Now Open in St. Ann
## Hours: Mon-Fri  8:30 a.m. to 5:00 p.m.   FREE PARKING

For the convenience of North County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center Northwest at the 715 Northwest Plaza Drive in St. Ann.

**Attending Court Hearings Remotely using E-Courts**
If you are scheduled to appear in court, you can access the courtroom remotely using the public computer stations (E-courts) in St. Ann and Clayton. These are available for use when courtroom access is restricted due to the pandemic.
**Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton E-court at this time.

**Be sure to bring your paperwork with you; you will need your case number, as well as the date, time and number of the Division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**
If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.
**Filing Orders of Protection**
Starting March 1, you may file for an Order of Protection at the Adult Abuse office in the St. Ann satellite court, in addition to the Clayton courthouse.  Clerks will be available on-site to help you fill out and file the necessary paperwork.

### For more information call: 314-615-8029

